```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  VICTOR A. RODGERS
    California Bar No. 101281
 6  Assistant United States Attorney
    Asset Forfeiture Section
 7        Federal Courthouse, 14th Floor                    JS-6
          312 North Spring Street
 8        Los Angeles, California 90012
          Telephone: (213) 894-2569
 9        Facsimile: (213) 894-7177
          E-mail: victor.rodgers@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) No. CV 07-00595 DDP(CTx) |
|---|---|
| Plaintiff, | ) **CONSENT JUDGMENT OF FORFEITURE** |
| v. | ) **AS TO THE FOLLOWING DEFENDANT ASSETS ONLY: $45,000.00 IN U.S. CURRENCY** |
| $1,226,460.90 IN U.S. ACCOUNT FUNDS AND $45,000.00 IN U.S. CURRENCY, | ) |
| Defendants. | ) |
| WILLIAM POLK HARRINGTON II, SUDIE HILLER AND CHANDRESH B. SHAH, | ) |
| Claimants. | ) |

On or about January 25, 2007, plaintiff United States of America ("the government" or "the United States of America") filed

cc: FISCAL

a Complaint for Forfeiture alleging that the defendants $1,226,460.90 in U.S. Account Funds and $45,000.00 in U.S. Currency (collectively, the "defendants") are subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C) and 21 U.S.C. § 881(a)(6).

On or about March 1 and 7, 2007, claimant William Polk Harrington II filed a verified and amended verified claim, respectively, to the defendants. On or about April 3, 2007, claimant William Polk Harrington II filed a second amended verified claim to $885,732.10 of the defendant $1,226,460.90 in U.S. Account Funds. The $885,732.10 in account funds (the "Harrington-claimed defendant") which are the subject matter of William Polk Harrington's second amended verified claim are as follows:

   a.   $512,308.30 in account funds seized from Wachovia Bank account number XXXXXXXXX3503 in the name of "The Direct Meds" with William Polk Harrington, also known as Bill P. Harrington, as the sole signatory;

   b.   $39,016.62 in account funds seized from Wachovia bank account number XXXXXXXXX8926 in the name of William Polk Harrington, also known as Bill P. Harrington, as the sole signatory;

   c.   $87,756.88 in account funds seized from Wachovia Bank account number XXXXXXXXX8939 in the name of William Polk Harrington, also known as Bill P. Harrington, as the sole signatory; and

   d.   $246,650.30 in account funds seized from Wachovia Bank account number XXXXXXXXX3723 in the name of Direct Meds, Inc., with William Polk Harrington, also known as Bill P. Harrington, as the sole signatory.

On or about March 2, 2007, claimant Sudie Hiller filed a verified claim against that portion of the defendant $1,226,460.90 in U.S. Account Funds not claimed by claimant William Polk Harrington III (i.e., $340,728.80 of the defendant $1,226,460.90 in U.S. Account Funds). The account funds which are the subject matter of claimant Sudie Hiller's claim are $340,728.80 in account funds seized from Wachovia Bank account number XXXXXXXXX2645 in the name of Oualie, Inc., with Sudie Turpin Hiller, also known as S.J. Turpinhiller, as the sole signatory (the "Hiller-claimed defendant").

On or about March 2, 2007, claimant Chandresh B. Shah filed a verified claim to defendant $45,000.00 in U.S. Currency (the "Shah-claimed defendant").

Claimants William Polk Harrington II, Sudie Hiller and Chandresh B. Shah filed their respective answers to the complaint on or about March 22, 2007. No other parties have appeared in this case and the time for filing claims and answers has expired.

On or about May 13, 2008, claimant William Polk Harrington II and the government resolved their disputes relative to the Harrington-claimed defendant by the filing of a consent judgment of forfeiture.

In January 2011, claimant Sudie Hiller and the government resolved their disputes relative to the Hiller-claimed defendant by the filing of a consent judgment of forfeiture.

The government and claimant Chandresh B. Shah have now agreed to settle this matter as to the Shah-claimed defendant and to avoid further litigation between them by entering into this Consent Judgment of Forfeiture.

The Court having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and over the parties to this Consent Judgment of Forfeiture.

2. As between plaintiff United States of America and claimant Chandresh B. Shah, the Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and (C) and 21 U.S.C. § 881(a)(6).

3. Notice of this action has been given as required by law. No appearances have been made in this case by any person with respect to the Shah-claimed defendant other than claimant Chandresh B. Shah. The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true as to the Shah-claimed defendant.

4. The Shah-claimed defendant, plus all interest earned by the United States of America on the Shah-claimed defendant, shall be condemned and forfeited to the United States of America, which shall dispose of those funds in accordance with law.

5. Claimant Chandresh B. Shah hereby releases the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Federal Bureau of Investigation, the Drug Enforcement Administration and the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or

local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs, and interest, which may be asserted by or on behalf of claimant Chandresh B. Shah.

    6.   The Court finds that there was reasonable cause for the seizure of the Shah-claimed defendant and institution of these proceedings against the Shah-claimed defendant. Each of the parties hereto shall bear its own attorney fees and costs.

DATED: March 3, 2011

_____
THE HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

<u>CONSENT</u>

The parties hereto consent to the above Consent Judgment of Forfeiture and waive any right to appeal this Consent Judgment of Forfeiture.

| | |
|---|---|
| DATED: January 28, 2011 | ANDRÉ BIROTTE JR.<br>United States Attorney<br>ROBERT E. DUGDALE<br>Assistant United States Attorney<br>Chief, Criminal Division<br>STEVEN R. WELK<br>Assistant United States Attorney<br>Chief, Asset Forfeiture Section |
| | <u>/s/ Victor A. Rodgers</u><br>VICTOR A. RODGERS<br>Assistant United States Attorney<br><br>Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |
| DATED: January 25, 2011 | ALEX R. KESSEL<br>Attorney at Law<br><br><u>/s/ Alex R. Kessel</u><br>ALEX R. KESSEL<br><br>Attorneys for Claimant<br>CHANDRESH B. SHAH |